**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GRAYSON ANN PIERSON,<br><br>Debtor. | Case No: 6:23-bk-13159-WJ<br><br>Chapter 13<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING**<br><br>**Hearing:**<br>Date:  December 18, 2023<br>Time:  10:30 a.m.<br>Courtroom: 304 |

ALL INTERESTED PARTIES, PLEASE TAKE NOTICE:

The Status Conference that was previously scheduled for August 23, 2023 at 2:30 p.m. has been continued to December 18, 2023 at 10:30 a.m. The Confirmation Hearing that was previously scheduled for September 6, 2023 at 2:00 p.m. has been continued to December 18, 2023 at 10:30 a.m.

Date: August 2, 2023

**NEXUS BANKRUPTCY**

/s/ Benjamin Heston
BENJAMIN HESTON,
Attorney for Debtor

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/2/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Nichole Glowin     bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
Amit Kumar Sharma     amit.sharma@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) 8/2/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/2/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         F 9013-3.1.PROOF.SERVICE

Avant
222 Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Carvana, LLC / Bridgecrest
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave Dept Aps
Oklahoma City, OK 73118-7901

First Digital
PO Box 85650
Sioux Falls, SD 57118-5650

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4824

First Progress
PO Box 9053
Johnson City, TN 37615-9053

Franchise Tax Board
Personal Bankruptcy MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

High Desert Creditors
14608 Main St Ste D
Hesperia, CA 92345-3381

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Juan Antonio Cambre Soler
PO Box 1154
Helendale, CA 92342-1154

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midnight Velvet
1112 7th Ave
Monroe, WI 53566

MOHELA
Claims Department
633 Spirit Dr
Chesterfield, MO 63005-1243

Navient Solutions, LLC. on behalf of
Ascendium Education Solutions Inc
PO Box 8961
Madison, WI 53708-8961

NewRez LLC
dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Portfolio Recovery Associates, LLC
c/o The Bank of Missouri
PO Box 41067
Norfolk, VA 23541-1067

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA 98083-0788

Santander Consumer USA
PO Box 560284
Dallas, TX 75356-0284