NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GRAYSON ANN PIERSON,<br><br>　　　　Debtor. | Case No.: 6:23-bk-13159-WJ<br><br>Chapter 13<br><br>**DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY**<br><br><u>Confirmation Hearing</u><br>Date: December 18, 2023<br>Time: 10:30 AM<br>Location:<br>　　Courtroom 304<br>　　United States Bankruptcy Court<br>　　Central District of California<br>　　3420 Twelfth Street<br>　　Riverside, California 92501 |

I, Grayson Ann Pierson, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on July 19, 2023. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at  ("Property") which I have listed on Schedule A/B with a value of $400,000.

3.  No foreclosure sale has been set and no notice of default has been issued.

4. The Property is not my current residence.

5. The Property is encumbered by the following deeds of trust:

1

    a. First deed of trust in favor of NewRez LLC.

        i. The current principal balance owing is $253,107.

        ii. My monthly mortgage payment is currently $1,0560.

        iii. The unpaid, accrued arrearage is $80,000.

6. During each of the months listed below, I made the following payments on my first deed of trust:

| MONTH | Amounts Paid to 1st Lienholder |
|---|---|
| January 2022 | $0 |
| February 2022 | $0 |
| March 2022 | $0 |
| April 2022 | $0 |
| May 2022 | $0 |
| June 2022 | $0 |
| July 2022 | $0 |
| August 2022 | $0 |
| September 2022 | $0 |
| October 2022 | $0 |
| November 2022 | $0 |
| December 2022 | $0 |
| January 2023 | $0 |
| February 2023 | (conduit) |
| March 2023 | (conduit) |
| April 2023 | (conduit) |
| May 2023 | (conduit) |
| June 2023 | (conduit) |
| July 2023 | $0 |
| August 2023 | $1,056 |

7. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

8. In 2022, my total income from all sources was $ 66,000 .

9. In 2023, my income from all sources is $ 38,800 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: August 15, 2023

*/s/ Grayson Ann Pierson*
Grayson Ann Pierson

