# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Wednesday, August 23, 2023 | Hearing Room 304 |
|---|---|

**2:30 PM**

**6:23-13159    Grayson Ann Pierson**　　　　　　　　　　　　　　　　　　　　Chapter 13

　　#33.00　　Hrg re status conference regarding confirmation of the chapter 13 plan

　　　　　　　　　　　　　Docket    1
　　*** VACATED ***    REASON: SCHEDULING ORDER ENTERED 7-27-23; CONT'D TO 12-18-23 AT 10:30 A.M.

**Matter Notes:**

　- NONE LISTED -

**Tentative Ruling:**

　- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

　Grayson Ann Pierson　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Trustee(s):**

　Rod Danielson (TR)　　　　　　　　Pro Se