# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, September 6, 2023**                                                                 Hearing Room    304

2:00 PM
**6:23-13159    Grayson Ann Pierson**                                                                                Chapter 13

#23.00    Confirmation of Chapter 13 Plan

Docket    1
**\*\*\* VACATED \*\*\*    REASON: SCHEDULING ORDER ENTERED 7-27-23; CONT'D TO 12-18-23 AT 10:30 A.M.**

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Grayson Ann Pierson                    Represented By
                                       Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                     Pro Se