1   ROD DANIELSON, Chapter 13 Trustee
Bridget Kelly, 256197
2   3787 University Avenue
Riverside, CA   92501
3   (951) 826-8000   FAX (951) 826-8090

4

5

6

7

8

UNITED STATES BANKRUPTCY COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

RIVERSIDE DIVISION

11
                                          )   Case No.: 6:23-bk-13159-WJ
12                                        )
    IN RE:                                )   Chapter 13
13                                        )
                                          )   CHAPTER 13 TRUSTEE'S MOTION TO
14   GRAYSON ANN PIERSON,                 )   DISMISS AND OBJECTION TO PLAN
                                          )   CONFIRMATION
15                                        )
            Debtor(s).                    )
16                                        )   Confirmation Hearing
                                          )   Date: December 18, 2023
17                                        )   Time: 10:30 AM
    _____)   Courtroom: 304
18

19        In accordance with the Scheduling Order, the Chapter 13 Trustee hereby moves for an

20   order dismissing this case.  Any opposition to this motion must be filed per the deadline set

21   forth in the Scheduling Order.  Failure to comply with these provisions may result in dismissal

22   of the case.

23        Dismissal is requested pursuant to 11 U.S.C. § 1307(c)(1) and LBR 3015-1(k)(4) for

24   unreasonable delay for failure to timely make all plan payments due, to provide proof of all

25   post-petition mortgage payments, failure to disclose all assets, and failure to resolve the

1   infeasibility.  Since the filing of this petition, the following payments have come due and have

2   been paid:

| AMOUNT DUE | DUE DATE | AMOUNT PAID | PAYMENT DATE |
|---|---|---|---|
| $3,400 | 8/19/23 | $3,400 | 8/22/23 |
| $4,631 | 9/19/23 | $1,200<br>$2,200 | 9/7/23<br>9/21/23 |
| $4,631 | 10/19/23 | $1,200<br>$2,200 | 10/12/23<br>10/23/23 |
| $4,631 | 11/19/23 | $1,200<br>$2,200 | 11/13/23<br>11/20/23 |
| Total due: $17,293 | | Total paid: $13,600 | |

*See* Exhibit A.  The current delinquency is $3,693.  The plan payments have not been timely

made and any cure now of the delinquency will not be able to remedy the late payments.

The debtor did file a Secured Debt Payment History Declaration (document number

forty) for the real property located in Oregon, but failed to attach proof of the August mortgage

payment which was to be directly paid by the debtor.  The conduit payments started in

September 2023. *See* Exhibit B.

The debtor failed to disclose all assets.  A secured claim was filed by Hilton Resorts for

a Las Vegas timeshare (claim number fourteen).  The timeshare is not disclosed on the

schedule A/B and this creditor was not listed on the schedules.

The plan is currently infeasible.  To cover the IRS claim, the payment would have to

increase to $6,638 (this doesn't include the conduit portion) starting December 2023.  Debtor's

schedule J shows only $3,881.48 available to fund the plan.  The claim was filed on July 27,

2023 and this issue was discussed at the 341(a) meeting.  No action has been done to resolve

the infeasibility (e.g., objection to the claim).

1        For all the foregoing reasons, the Chapter 13 Trustee objects to confirmation of the

2 plan and requests the case be dismissed.

3

4 Dated:  November 29, 2023

ROD DANIELSON, Chapter 13 Standing Trustee

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DECLARATION OF BRIDGET KELLY**

I, BRIDGET KELLY, declare as follows:

1.      I am an attorney licensed by the State of California to practice law.  I am a Staff Attorney for Rod Danielson, Chapter 13 Standing Trustee for the Riverside Division of the United States Bankruptcy Court for the Central District of California.  I am admitted to practice before the District Court for the Central District of California.

2.      I have personally reviewed the files, records, and documents in this case and I am familiar with the facts contained in those documents.  If called as a witness, I could and would be able to testify as to the facts contained therein.

3.      As of today's date, only $13,600 in plan payments have been received versus the $17,293 plan payments due.  A true and correct copy of the Status Report is attached hereto as Exhibit A.

4.      The Secured Debt Payment History Declaration filed as document number forty fails to attach proof of the August mortgage payment which was to be directly paid by the debtor.  The conduit payments started in September 2023.  A true and correct copy of the email confirming the conduit start date is attached hereto as Exhibit B.

5.      A secured claim was filed by Hilton Resorts for a Las Vegas timeshare (claim number fourteen).  The timeshare is not disclosed on the schedule A/B and this creditor was not listed on the schedules.

6.      The plan is currently infeasible.  To cover the IRS claim, the payment would have to increase to $6,638 (this doesn't include the conduit portion) starting December 2023.

7.      Debtor's schedule J shows only $3,881.48 available to fund the plan.

8.      The claim was filed on July 27, 2023 and this issue was discussed at the 341(a) meeting.

-4-

1          I declare under penalty of perjury that the foregoing is true and correct and that this

2    declaration was executed by me at Riverside, California.

3

4
     DATED:  November 29, 2023

5
                                                         _____
6                                                        Bridget Kelly

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:23-bk-13159-WJ  AS OF 11/29/2023**

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 11/20/23 | $2,200.00 | 11/2023 | $3,400.00 |
| 11/13/23 | $1,200.00 | 10/2023 | $3,400.00 |
| 10/23/23 | $2,200.00 | 09/2023 | $3,400.00 |
| 10/12/23 | $1,200.00 | 08/2023 | $3,400.00 |
| 09/21/23 | $2,200.00 | 07/2023 | $0.00 |
| 09/07/23 | $1,200.00 | 06/2023 | $0.00 |
| 08/22/23 | $3,400.00 | 05/2023 | $0.00 |
| | | 04/2023 | $0.00 |
| | | 03/2023 | $0.00 |
| | | 02/2023 | $0.00 |
| | | 01/2023 | $0.00 |
| | | 12/2022 | $0.00 |

GRAYSON ANN PIERSON
11355 8TH AVE
HESPERIA, CA  92345-2002

CURRENT CASE DISPOSITION: ACTIVE

| | | | |
|---|---|---|---|
| FILING DATE: | 07/19/2023 | MONTHLY PLAN PMT AMT: | $4,631.00 | FEES PAID TO ATTY: | $0.00 |
| 1ST MEETING DATE: | 08/23/2023 | GROSS RECEIPTS: | $13,600.00 | FEES PAID TO TRUSTEE: | $1,360.00 |
| CONFIRMATION DATE: | 01/01/1900 | REFUNDS FR CREDITORS: | $0.00 | REFUNDS TO DEBTOR: | $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: | $4,434.88 | BALANCE ON HAND: | $7,805.12 |
| PERCENT TO UNSEC.: | 100.00% | | | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | NEXUS BANKRUPTCY | ATTORNEY FEE | N/A | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $2,500.00 |
| 0001 | BRIDGECREST | SECURED | 9.25 | $40,896.00 | $44,210.95 | $0.00 | $0.00 | $0.00 |
| 0002 | Santander Consumer USA | SECURED | 9.25 | $15,717.00 | $16,252.46 | $0.00 | $0.00 | $0.00 |
| 0003 | SHELLPOINT MORTGAGE | MORTGAGE ARREARS | 0.00 | $80,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $10,000.00 | $162,248.02 | $0.00 | $0.00 | $0.00 |
| 0005 | AVANT | UNSECURED | 0.00 | $137.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | CAPITAL ONE NA | UNSECURED | 0.00 | $720.00 | $888.16 | $0.00 | $0.00 | $0.00 |
| 0007 | LVNV FUNDING LLC | UNSECURED | 0.00 | $1,305.00 | $1,239.22 | $0.00 | $0.00 | $0.00 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 0.00 | $919.00 | $919.95 | $0.00 | $0.00 | $0.00 |
| 0009 | LVNV FUNDING LLC | UNSECURED | 0.00 | $605.00 | $605.15 | $0.00 | $0.00 | $0.00 |
| 0010 | DESTINY CARD | UNSECURED | 0.00 | $172.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | FIRST DIGITAL | UNSECURED | 0.00 | $206.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | FIRST PREMIER BANK | UNSECURED | 0.00 | $353.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | FIRST PROGRESS | UNSECURED | 0.00 | $508.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | HIGH DESERT CREDITORS | UNSECURED | 0.00 | $9,177.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | HIGH DESERT CREDITORS | UNSECURED | 0.00 | $1,047.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $294.00 | $149.99 | $0.00 | $0.00 | $0.00 |
| 0017 | Midnight Velvet | UNSECURED | 0.00 | $148.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | MOHELA | UNSECURED | 0.00 | $3,233.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | MOHELA | UNSECURED | 0.00 | $1,831.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0020 | ASCENDIUM EDUCATION SOLUTION | UNSECURED | 0.00 | $261,886.00 | $276,243.67 | $0.00 | $0.00 | $0.00 |
| 0021 | THE BANK OF MISSOURI | UNSECURED | 0.00 | $44.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0022 | THE BANK OF MISSOURI | UNSECURED | 0.00 | $264.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0023 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $0.00 | $271.63 | $0.00 | $0.00 | $0.00 |
| 0024 | PYOD, LLC | UNSECURED | 0.00 | $0.00 | $4,346.83 | $0.00 | $0.00 | $0.00 |
| 0025 | CAPITAL ONE NA | UNSECURED | 0.00 | $0.00 | $410.91 | $0.00 | $0.00 | $0.00 |
| 0026 | NEWREZ LLC * * | SECURED ON-GOING DEBT | 0.00 | $0.00 | $0.00 | $4,434.88 | $0.00 | $0.00 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$2,500.00** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR  "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.

EXHIBIT A



Bridget Kelly <bridget@rodan13.com>

## Re: Pierson

1 message

**Ben Heston** <ben@nexusbk.com>                                    Wed, Aug 23, 2023 at 11:14 AM
To: Bridget Kelly <bridget@rodan13.com>

September - she'll be making her payment by the 5th.

On Wed, Aug 23, 2023 at 11:13 AM Bridget Kelly <bridget@rodan13.com> wrote:

So which month does she want us to start paying the MP?

--
*This e-mail and any other e-mail messages sent by the Chapter 13 Trustee or his staff are for the sole use of the intended recipient(s).These e-mail messages contain information belonging to Rod Danielson, Chapter 13 Trustee. All e-mail messages sent by the Trustee or his staff are privileged or confidential (or both). Any disclosure, copying, distribution or inclusion in pleadings is prohibited. Failure to abide by these terms may result in termination of e-mail privileges of the recipient with this office. If you are not the intended recipient or if you received this e-mail in error, please delete. Thank you!*

--

**Benjamin Heston, Esq.**
**NEXUS BANKRUPTCY**

EXHIBIT B

| In re:   **GRAYSON ANN PIERSON** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:23-bk-13159-WJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING  ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On

_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached page

**2.   SERVED BY UNITED STATES MAIL:**
On **11/29/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here contitutes a declaration that mailing

Debtor
GRAYSON ANN PIERSON
11355 8TH AVE
HESPERIA, CA  92345-2002

Attorney for Debtor
NEXUS BANKRUPTCY
100 BAYVIEW CIRCLE, STE
100
NEWPORT BEACH, CA
92660

☐ Service Information continued on attached pag

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **11/29/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or  (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here

HONORABLE WAYNE E. JOHNSON
3420 TWELFTH STREET
COURTROOM 304
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pag

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
FG:173 - BK
JUNE 2012

**F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

_____11/29/2023_____     _____Susan Jones_____     _____
Date                           Printed Name                       Signature

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:173 - BK

JUNE 2012

**F 9013-3.1.PROOF.SERVICE**