FILED & ENTERED

DEC 12 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-13159-WJ |
| GRAYSON ANN PIERSON, | CHAPTER 13 |
| Debtor. | **DISMISSAL ORDER** |

On July 27, 2023, the Court issued a scheduling order [docket #21] ("Order") in this case. Pursuant to paragraph 4(c) of the Order, the chapter 13 trustee filed an objection to confirmation and a request to dismiss this case on November 29, 2023 [docket #43].  The debtor has not filed opposition to the objection and the request by the trustee to dismiss this case and the deadline in the Order to do so (December 11, 2023) has passed.

Therefore, for the reasons set forth in the Trustee's pleading, the Court hereby ORDERS:

1.      The case is dismissed.  The confirmation hearing and status conference are hereby taken off calendar.

IT IS SO ORDERED.

###

Date: December 12, 2023

Wayne Johnson
United States Bankruptcy Judge