United States Bankruptcy Court
Central District of California

In re:                                                                                           Case No. 23-13159-WJ
Grayson Ann Pierson                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                User: admin                Page 1 of 3
Date Rcvd: Dec 12, 2023            Form ID: ntcdsm            Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Grayson Ann Pierson, 11355 8th Ave, Hesperia, CA 92345-2002 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606-3401 |
| 41687523 | + | 6355 Metrowest Blvd., Suite 180, Orlando, FL 32835-7606 |
| 41614530 | # | High Desert Creditors, 14608 Main St Ste D, Hesperia, CA 92345-3381 |
| 41695773 | + | JUAN ANTONIO CAMBRE SOLER, PO BOX 1154, HELENDALE, CA 92342-1154 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Dec 13 2023 05:40:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 13 2023 05:40:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Dec 13 2023 05:40:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 41617204 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 13 2023 00:40:00 | Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708 |
| 41614523 | | Email/Text: bk@avant.com | Dec 13 2023 00:41:00 | Avant, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 41614524 | | EDI: CAPITALONE.COM | Dec 13 2023 05:40:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41614525 | | EDI: AISACG.COM | Dec 13 2023 05:40:00 | Carvana, LLC / Bridgecrest, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept Aps, Oklahoma City, OK 73118-7901 |
| 41627854 | + | EDI: AISACG.COM | Dec 13 2023 05:40:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 41640937 | | EDI: CALTAX.COM | Dec 13 2023 05:40:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41614526 | ^ | MEBN | Dec 13 2023 00:39:49 | First Digital, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 41614527 | + | EDI: AMINFOFP.COM | Dec 13 2023 05:40:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |

Case 6:23-bk-13159-WJ   Doc 47   Filed 12/14/23   Entered 12/14/23 21:20:03   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: ntcdsm | Total Noticed: 31 |

| Recip ID | Notice Type | Date Sent | Name and Address |
|---|---|---|---|
| 41614528 | Email/Text: FirstProgressCorrespondence@acttoday.com | Dec 13 2023 00:41:00 | First Progress, PO Box 9053, Johnson City, TN 37615-9053 |
| 41614529 | EDI: CALTAX.COM | Dec 13 2023 05:40:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41614531 | EDI: IRS.COM | Dec 13 2023 05:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41696573 | EDI: JEFFERSONCAP.COM | Dec 13 2023 05:40:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 41614533 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 01:00:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Las Vegas, NV 29603-0587 |
| 41614532 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:46:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41614534 + | EDI: CBS7AVE | Dec 13 2023 05:40:00 | MIDNIGHT VELVET, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 41614535 | Email/Text: EBN@Mohela.com | Dec 13 2023 00:41:00 | MOHELA, Claims Department, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 41614536 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 13 2023 00:40:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO Box 8961, Madison, WI 53708-8961 |
| 41614537 | Email/Text: mtgbk@shellpointmtg.com | Dec 13 2023 00:41:00 | NewRez LLC, dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 41696738 + | Email/Text: mtgbk@shellpointmtg.com | Dec 13 2023 00:41:00 | NewRez LLC d/b/a, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 41614538 | EDI: PRA.COM | Dec 13 2023 05:40:00 | Portfolio Recovery Associates, LLC, c/o The Bank of Missouri, PO Box 41067, Norfolk, VA 23541-1067 |
| 41614539 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 01:00:09 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 41614540 | EDI: Q3G.COM | Dec 13 2023 05:40:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 41614541 | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2023 00:41:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41694954 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0973-6 | User: admin | Page 3 of 3
Date Rcvd: Dec 12, 2023 | Form ID: ntcdsm | Total Noticed: 31

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Amitkumar Sharma | on behalf of Creditor Bridgecrest Acceptance Corporation c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Grayson Ann Pierson bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Nichole Glowin | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bankruptcy@zbslaw.com nglowin@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Grayson Ann Pierson

**BANKRUPTCY NO.** 6:23−bk−13159−WJ

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx−xx−9459
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 12/12/23

**Address:**
11355 8th Ave
Hesperia, CA 92345−2002

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: December 12, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**45 / YG**