United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-13159-WJ |
| Grayson Ann Pierson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 12, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Grayson Ann Pierson, 11355 8th Ave, Hesperia, CA 92345-2002 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Bridgecrest Acceptance Corporation c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Grayson Ann Pierson bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Nichole Glowin | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bankruptcy@zbslaw.com nglowin@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

1
2
3
4
5
6
7

**FILED & ENTERED**

**DEC 12 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

8  UNITED STATES BANKRUPTCY COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10 RIVERSIDE DIVISION
11
12  In re:                                    Case No.: 6:23-bk-13159-WJ
13  GRAYSON ANN PIERSON,                      CHAPTER 13
14                Debtor.
15                                            **DISMISSAL ORDER**
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

On July 27, 2023, the Court issued a scheduling order [docket #21] ("Order") in this case. Pursuant to paragraph 4(c) of the Order, the chapter 13 trustee filed an objection to confirmation and a request to dismiss this case on November 29, 2023 [docket #43]. The debtor has not filed opposition to the objection and the request by the trustee to dismiss this case and the deadline in the Order to do so (December 11, 2023) has passed.

Therefore, for the reasons set forth in the Trustee's pleading, the Court hereby ORDERS:

1. The case is dismissed. The confirmation hearing and status conference are hereby taken off calendar.

IT IS SO ORDERED.

### 

Date: December 12, 2023

Wayne Johnson
United States Bankruptcy Judge

- 2 -