# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, December 18, 2023**                          **Hearing Room**    **304**

---

**10:30 AM**
**6:23-13159**    **Grayson Ann Pierson**                                           **Chapter 13**

     **#21.00**    Confirmation of Chapter 13 Plan

               FROM: 9-6-23

                             Docket      1
           *** VACATED ***  REASON: CASE DISMISSED 12-12-23

**Matter Notes:**

    - NONE LISTED -

**Tentative Ruling:**

    - NONE LISTED -

### Party Information

**Debtor(s):**

    Grayson Ann Pierson                        Represented By
                                                        Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)                       Pro Se