# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, December 18, 2023**                                                                 Hearing Room    304

---

<u>10:30 AM</u>
**6:23-13159    Grayson Ann Pierson**                                                                 **Chapter 13**

#22.00    Hrg re status conference regarding confirmation of the chapter 13 plan

FROM: 8-23-23

                    Docket    1
        *** VACATED ***    REASON: CASE DISMISSED 12-12-23

**Matter Notes:**
  - NONE LISTED -

**Tentative Ruling:**
  - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Grayson Ann Pierson                    Represented By
                                       Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                     Pro Se