1 **Rod Danielson**
**Chapter 13 Trustee**
2 **3787 University Avenue**
**Riverside, CA 92501**
3 **Tel.: (951) 826-8000**
**Fax: (951) 826-8090**
4

5

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>GRAYSON ANN PIERSON<br><br><br>      Debtor(s). | Case No.: 6:23-bk-13159-WJ<br><br>**DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT**<br>**(DISMISSED CASE)** |

   On <u>12/14/2023</u>, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on <u>3/6/2024</u> at Riverside, California.

Dated: <u>3/6/2024</u>

_____
Rod Danielson, Chapter 13 Trustee